H. L. A. HOLMAN v. THE STATE.

No. 3100.   Decided April 22, 1914.

City Ordinance—Appeal—Jurisdiction.

Where appellant was convicted in a Recorder's Court of an incorporated city and appealed to the County Court, where his punishment was assessed at a fine of $20, no appeal lies from said latter court to this court.

Appeal from the County Court of Lamar.   Tried below before the Hon. Rube S. Wells.

Appeal from a conviction of a violation of a city ordinance; penalty, a fine of $20.

The opinion states the case.

No brief on file for appellant.

C. E. Lane, Assistant Attorney General, for the State.

HARPER, JUDGE.—Complaint was filed in the Recorder's Court of the city of Paris, and appellant was there convicted of violating a city ordinance.   He appealed to the County Court, and was again tried and convicted, and his punishment assessed at a fine of $20.   Under the statutes of this State no appeal lies under such circumstances, and the appeal is therefore dismissed from the docket.

*Dismissed.*

Davidson, Judge, absent at consultation.